1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

AIDAVEL LOZANO LAIGO,

                    Plaintiff,

          v.

SOCIAL SECURITY ADMINISTRATION,

                    Defendant.

11
12
13
14

CASE NO. C05-0728C

MINUTE ORDER

15
16

          The following Minute Order is made by direction of the Court, the Honorable John C.
Coughenour, United States District Judge:

17
18

          As this case has been closed, and judgment has been entered, the pleading docketed at Number 10
is hereby STRICKEN.

19

          DATED this 2nd day of June, 2005.

20

                                        BRUCE RIFKIN, Clerk of Court

21
22

                              By    /s/ L. Simle
23                                    Deputy Clerk

24
25
26

MINUTE ORDER – 1